| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | THOMAS MOORE  (ASBN 4305-O78T)<br>Assistant United States Attorney |
| 3 | Chief, Tax Division<br>THOMAS M. NEWMAN (NYSBN 4256178) |
| 4 | Assistant United States Attorney<br>   9th Floor Federal Building |
| 5 |    450 Golden Gate Avenue, Box 36055<br>   San Francisco, California  94102 |
| 6 |    Telephone:   (415) 436-6805<br>   Fax:             (415) 436-6748 |

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA and**<br>**SYLVESTER FERNANDO, Revenue Officer,** | ) <br>) | **NO. 08-3481-MHP** |
| **Petitioners,** | )<br>) | **NOTICE OF VOLUNTARY** |
| v. | )<br>) | **DISMISSAL** |
| **ROBERT ANTHONY GARCIA,** | )<br>) | |
| **Respondent.** | ) | |

    Petitioners, the UNITED STATES OF AMERICA and its Revenue Officer, SYLVESTER FERNANDO**,** voluntarily dismiss the above-captioned case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

                                                  Respectfully submitted,

                                                  JOSEPH P. RUSSONIELLO
                                                  United States Attorney

                                                  /s/ Thomas M. Newman
                                                  THOMAS M. NEWMAN
                                                  Assistant United States Attorney
                                                  Tax Division