1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS MOORE  (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   THOMAS M. NEWMAN (NYSBN 4256178)
4  Assistant United States Attorney
     9th Floor Federal Building
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California  94102
6    Telephone:   (415) 436-6805
     Fax:              (415) 436-6748
7
   Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and** <br> **SYLVESTER FERNANDO, Revenue Officer,** <br><br> **Petitioners,** <br><br> v. <br><br> **ROBERT ANTHONY GARCIA,** <br><br> **Respondent.** | NO. 08-3481-MHP <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

    Petitioners, the UNITED STATES OF AMERICA and its Revenue Officer, SYLVESTER FERNANDO**,** voluntarily dismiss the above-captioned case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

                                                     Respectfully submitted,

                                                     JOSEPH P. RUSSONIELLO
                                                     United States Attorney

                                                     /s/ Thomas M. Newman
                                                     THOMAS M. NEWMAN
                                                     Assistant United States Attorney
                                                     Tax Division

**IT IS SO ORDERED**
/s/ Judge Marilyn H. Patel

*Notice of Voluntary Dismissal*
*Case No. 08-3481-MHP*                   1